# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: § §
Celia Castillo § Case No. 15-30595
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/08/2015 . The undersigned trustee was appointed on 09/08/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 6,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 30.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 5,970.00 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/10/2016 and the deadline for filing governmental claims was 03/07/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,350.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,350.00 , for a total compensation of $ 1,350.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 7.00 , for total expenses of $ 7.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2018       By:/s/Joji Takada, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-30595 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Celia Castillo | | | | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/30/2015 |
| For Period Ending: | 03/13/2018 | | | | Claims Bar Date: | 02/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 Interest W/ Husband In Primary Residence @ 806 S. Hugh S | 45,000.00 | 0.00 | | 6,000.00 | FA |
| 2. 1/2 Interest W/ Husband / Checking Account @ 5/3 Bank | 180.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 10.00 | 0.00 | | 0.00 | FA |
| 4. 1/2 Interest W/ Husband / Checking Account @ Credit Union | 80.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 Interest W/ Husband / Savings Account @ Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 Interest W/ Husband Misc. Household Goods And Furnishing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Wearing Apparel | 420.00 | 0.00 | | 0.00 | FA |
| 8. 1998 Chevy S-10 W/ 158K Miles | 663.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Saturn W/ 163K Miles | 500.00 | 0.00 | | 0.00 | FA |
| 10. Lawn Mower | 550.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $47,803.00 $0.00 $6,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromise with Debtor re: interest in primary residence; Compromise approved; Debtor making initial deposit; Outstanding deposit due and owed on or before October 30, 2016. - Joji Takada 12/22/2015

Debtor making installment payments. - Joji Takada 1/27/2016

Consulting accountant regarding estate returns. - Joji Takada 6/7/2016

Employ accountant. - Joji Takada 10/27/2016

File tax return; Await determination notice. - Joji Takada 4/13/2017

Determination notice. - Joji Takada 8/1/2017

Claim administration re: secured claim. - Joji Takada 12/13/2017

Initial Projected Date of Final Report (TFR): 09/08/2017    Current Projected Date of Final Report (TFR): 04/08/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-30595  
Case Name: Celia Castillo  
Taxpayer ID No: XX-XXX7270  
For Period Ending: 03/13/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0205  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/16 | 1 | Jordan Legal Group | Settlement payment Payment from Debtor re buyout of equity in primary residence | 1110-000 | $6,000.00 | | $6,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,980.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,970.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,000.00 | $30.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $30.00 |

Page Subtotals: $6,000.00   $30.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0205 - Checking | $6,000.00 | $30.00 | $5,970.00 |
|  | $6,000.00 | $30.00 | $5,970.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-30595  
Debtor Name: Celia Castillo  
Claims Bar Date: 2/10/2016  

Date: March 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,350.00 | $1,350.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $7.00 | $7.00 |
| 100 3410 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $747.00 | $747.00 |
| 100 3711 | Laura Edward<br>3135 Book Rd<br>Naperville, IL 60564 | Administrative | | $0.00 | $200.00 | $200.00 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $677.83 | $677.83 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $2,343.82 | $2,343.82 |
| 3 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $774.85 | $774.85 |
| 4 300 7100 | Midland Funding Llc<br>Midland Credit Management, Inc.<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Unsecured | | $0.00 | $700.11 | $700.11 |
| 5 300 7100 | Wells Fargo Financial National Bank<br>Wells Fargo Bank Na<br>Po Box 10438, Mac F8235-02F<br>Des Moines Ia 50306-0438 | Unsecured | | $0.00 | $618.39 | $618.39 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-30595  
Debtor Name: Celia Castillo  
Claims Bar Date: 2/10/2016  

Date: March 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Ge Capital (Meijer)<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $1,811.53 | $1,811.53 |
| 5<br>400<br>4210 | Wells Fargo Bank Na<br>Po Box 10438<br>Des Moines Ia 50306-0438 | Secured | Claim amended as unsecured | $0.00 | $618.39 | $618.39 |
| | Case Totals | | | $0.00 | $9,848.92 | $9,848.92 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-30595
Case Name: Celia Castillo
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 5,970.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: Joji Takada | $ 7.00 | $ 0.00 | $ 7.00 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 747.00 | $ 0.00 | $ 747.00 |
| Other: Laura Edward | $ 200.00 | $ 0.00 | $ 200.00 |

Total to be paid for chapter 7 administrative expenses $ 2,304.00

Remaining Balance $ 3,666.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,926.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 52.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 677.83 | $ 0.00 | $ 358.75 |
| 2 | American Infosource Lp As Agent For | $ 2,343.82 | $ 0.00 | $ 1,240.51 |
| 3 | Capital One, N.A. | $ 774.85 | $ 0.00 | $ 410.10 |
| 4 | Midland Funding Llc | $ 700.11 | $ 0.00 | $ 370.55 |
| 5 | Wells Fargo Financial National Bank | $ 618.39 | $ 0.00 | $ 327.29 |
| 6 | Portfolio Recovery Associates, Llc | $ 1,811.53 | $ 0.00 | $ 958.80 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,666.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE