# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: § 
 § 
Celia Castillo § Case No. 15-30595
 § 
 § 
        Debtor § 

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 17,803.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,666.00      Claims Discharged
                                                Without Payment: 117,229.53

Total Expenses of Administration: 2,334.00

---

    3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 64,946.00 | $ 618.39 | $ 618.39 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,334.00 | 2,334.00 | 2,334.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,023.00 | 6,926.53 | 6,926.53 | 3,666.00 |
| **TOTAL DISBURSEMENTS** | $ 113,969.00 | $ 9,878.92 | $ 9,878.92 | $ 6,000.00 |

  4)  This case was originally filed under chapter 7 on  09/08/2015 .  The case was pending for 33 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated:  06/08/2018              By:/s/Joji Takada, Chapter 7 Trustee
                                               Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 Interest W/ Husband In Primary Residence @ 806 S. Hugh S | 1110-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Second National Bank 102 E Van Emmon St Yorkville, IL 60560 | | 64,946.00 | NA | NA | 0.00 |
| 5 | Wells Fargo Bank Na | 4210-000 | NA | 618.39 | 618.39 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 64,946.00** | **$ 618.39** | **$ 618.39** | **$ 0.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| Joji Takada | 2200-000 | NA | 7.00 | 7.00 | 7.00 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| Callero and Callero LLP | 3410-000 | NA | 747.00 | 747.00 | 747.00 |
| Laura Edward | 3711-000 | NA | 200.00 | 200.00 | 200.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,334.00 | $ 2,334.00 | $ 2,334.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 982235 El Paso, TX 79998 | | 3,466.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 23,429.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,645.00 | NA | NA | 0.00 |
| | Discover Fin Svcs LLC PO Box 15316 Wilmington, DE 19850 | | 677.00 | NA | NA | 0.00 |
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 497.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank Na PO Box 3180 Pittsburgh, PA  15230 | | 4,766.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 1,812.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc. 120 Corporate Blvd Ste 1 Norfolk, VA  23502 | | 413.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred PO Box 673 Minneapolis, MN 55440 | | 1,000.00 | NA | NA | 0.00 |
| | Wffnb Retail PO Box 94498 Las Vegas, NV  89193 | | 618.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 2,343.82 | 2,343.82 | 1,240.51 |
| 3 | Capital One, N.A. | 7100-000 | NA | 774.85 | 774.85 | 410.10 |
| 1 | Discover Bank | 7100-000 | NA | 677.83 | 677.83 | 358.75 |
| 4 | Midland Funding Llc | 7100-000 | NA | 700.11 | 700.11 | 370.55 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,811.53 | 1,811.53 | 958.80 |
| 5 | Wells Fargo Financial National Bank | 7100-000 | NA | 618.39 | 618.39 | 327.29 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,023.00 | $ 6,926.53 | $ 6,926.53 | $ 3,666.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 15-30595 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Celia Castillo | | | | Date Filed (f) or Converted (c): | 09/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/30/2015 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 02/10/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1/2 Interest W/ Husband In Primary Residence @ 806 S. Hugh S | 45,000.00 | 0.00 | | 6,000.00 | FA |
| 2. 1/2 Interest W/ Husband / Checking Account @ 5/3 Bank | 180.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 10.00 | 0.00 | | 0.00 | FA |
| 4. 1/2 Interest W/ Husband / Checking Account @ Credit Union | 80.00 | 0.00 | | 0.00 | FA |
| 5. 1/2 Interest W/ Husband / Savings Account @ Credit Union | 100.00 | 0.00 | | 0.00 | FA |
| 6. 1/2 Interest W/ Husband Misc. Household Goods And Furnishing | 300.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Wearing Apparel | 420.00 | 0.00 | | 0.00 | FA |
| 8. 1998 Chevy S-10 W/ 158K Miles | 663.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Saturn W/ 163K Miles | 500.00 | 0.00 | | 0.00 | FA |
| 10. Lawn Mower | 550.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $47,803.00   $0.00   $6,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

Compromise with Debtor re: interest in primary residence; Compromise approved; Debtor making initial deposit; Outstanding deposit due and owed on or before October 30, 2016. - Joji Takada 12/22/2015

Debtor making installment payments. - Joji Takada 1/27/2016

Consulting accountant regarding estate returns. - Joji Takada 6/7/2016

Employ accountant. - Joji Takada 10/27/2016

File tax return; Await determination notice. - Joji Takada 4/13/2017

Determination notice. - Joji Takada 8/1/2017

Claim administration re: secured claim. - Joji Takada 12/13/2017

TFR filed - Joji Takada 3/28/2018.


Initial Projected Date of Final Report (TFR): 09/08/2017        Current Projected Date of Final Report (TFR): 04/08/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No.: 15-30595 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Celia Castillo | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX0205 |
| | | Checking |
| Taxpayer ID No: XX-XXX7270 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/16 | 1 | Jordan Legal Group | Settlement payment<br>Payment from Debtor re buyout of equity in primary residence | 1110-000 | $6,000.00 | | $6,000.00 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,990.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,980.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,970.00 |
| 04/20/18 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,350.00 | $4,620.00 |
| 04/20/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $7.00 | $4,613.00 |
| 04/20/18 | 1003 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $747.00 | $3,866.00 |
| 04/20/18 | 1004 | Laura Edward<br>429 Badger Lane<br>Oswego, IL 60543 | Final distribution per court order. | 3711-000 | | $200.00 | $3,666.00 |
| 04/20/18 | 1005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $358.75 | $3,307.25 |
| 04/20/18 | 1006 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution per court order. | 7100-000 | | $1,240.51 | $2,066.74 |
| 04/20/18 | 1007 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $410.10 | $1,656.64 |

Page Subtotals: $6,000.00 $4,343.36

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-30595 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Celia Castillo | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0205 |
| | Checking |
| Taxpayer ID No: XX-XXX7270 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/20/18 | 1008 | Midland Funding Llc<br>Midland Credit Management, Inc.<br>As Agent For Midland Funding Llc<br>Po Box 2011<br>Warren, Mi 48090 | Final distribution per court order. | 7100-000 | | $370.55 | $1,286.09 |
| 04/20/18 | 1009 | Wells Fargo Financial National Bank<br>Wells Fargo Bank Na<br>Po Box 10438, Mac F8235-02F<br>Des Moines Ia 50306-0438 | Final distribution per court order. | 7100-000 | | $327.29 | $958.80 |
| 04/20/18 | 1010 | Portfolio Recovery Associates, Llc<br>Successor To Ge Capital (Meijer)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $958.80 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,000.00 | $6,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,000.00 | $6,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $6,000.00 |

Page Subtotals: $0.00   $1,656.64

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0205 - Checking | $6,000.00 | $6,000.00 | $0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,000.00 |
| Total Gross Receipts: | $6,000.00 |